**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000328
07-JAN-2026
08:12 AM
Dkt. 38 OAWST**

NO. CAAP-25-0000328

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HUISUK KIM, Plaintiff-Appellant, v.
JENNIFER HUDSON, Defendant-Appellee, and
JOHN DOES 1-10; DOE PARTNERSHIPS, CORPORATIONS, and/or
OTHER ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-24-0000401)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Wadsworth and McCullen, JJ.)

Upon consideration of the November 4, 2025 *[Proposed] Stipulation for Dismissal with Prejudice of All Claims Against Defendant Jennifer Hudson* (Stipulation), filed by Defendant-Appellee Jennifer Hudson, the papers in support, and the record, it appears that:

(1) The appeal has been docketed;

(2) Under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; and

(3) The Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, January 7, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge